dant leave to sell certain stocks to pay his obligations under a separate maintenance decree did not violate plaintiff's fundamental rights.

## IV.

Finally, we address defendant's prayer that we impose sanctions on plaintiff for bringing this appeal. Defendant requested this court order plaintiff to pay defendant's attorney's fees and reasonable expenses incurred in defending this appeal. Section 41 of the Civil Practice Act (Ill. Rev. Stat. 1973, ch. 110, par. 41) allows a party to recover reasonable expenses and reasonable attorney's fees incurred because of the allegations or denials made by another party without reasonable cause, not in good faith, and which are which are found to be untrue.

While Supreme Court Rule 366 (Ill. Rev. Stat. 1973, ch. 110A, par. 366), allows the appellate court to make any order that ought to be made, we do not believe a section 41 type sanction should be imposed here. The defendant never asked for this relief in the trial court. Since the trial court made no ruling on the frivolity (as characterized by defendant) of plaintiff's petition because defendant never raised this issue in the trial court, it should not be allowed on appeal. *Cheadle v. County Board of School Trustees* (3rd Dist. 1974), 20 Ill.App.3d 212, 217, 313 N.E.2d 196.

The judgment of the circuit court of Cook County is affirmed.

Judgment affirmed.

STAMOS and LEIGHTON, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MICHAEL T. LYNN, a/k/a MICHAEL T. LINN, Defendant-Appellant.

(Nos. 74-297, 98, 99 cons.;

Second District (1st Division)—June 2, 1975.

Opinion by Mr. JUSTICE HALLETT.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Patrick E. Ward, State's Attorney, of Dixon, for the People.

STEPHEN LESTON, JR., *et al.*, Plaintiffs-Appellants, *v.* TEXAS COMPANY, Defendant-Appellee.

(No. 73-320;

Second District (2nd Division)—June 2, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Kenneth Moy, of Elmhurst, for appellants.

Rathje, Woodward, Dyer & Burt, of Wheaton, for appellee.